**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02565-GPG

JACQUES PIERRE WARD,

    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT, and
OFFICER SWANN,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff has submitted a Motion for Enlargement of Time Pursuant to Fed. R. Civ. P. 6(b)(1)(A) (ECF No. 13) requesting additional time to cure the remaining deficiencies in this action.  The Court GRANTS Plaintiff an additional **thirty days from the date of this Minute Order** to file a Prisoner Complaint on the proper court-approved form.

    Plaintiff's Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(c)(1)(C) is DENIED as moot because Plaintiff may name all defendants he wishes to add as parties, all claims for relief, and all factual allegations in support of his claims for relief in the Prisoner Complaint he must file within thirty days from the date of this Minute Order.

    Plaintiff's Motion to Compel Furnishing of Plaintiff's Account History and of Evidentiary Documents (ECF No. 6) is DENIED a moot as to the account statement, and DENIED as premature as to Plaintiff's request for evidentiary documents.

Dated:  March 3, 2016